IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03135-RPM

TIMOTHY FOX,

    Plaintiff,

v.

MORREALE HOTELS, LLC, and
M, INC.,

    Defendants.

_____

## ORDER GRANTING REQUEST TO WITHDRAW
_____

    Pursuant to the request of David H. Stacy of the law firm Kelly, Stacy & Rita, LLC, to withdraw as counsel [9] filed February 17, 2011, it is

    ORDERED that David H. Stacy of the law firm Kelly, Stacy & Rita, LLC, has no further responsibility as counsel for the defendants in this action and the Clerk is directed to terminate his electronic service in this matter.

    DATED:   February 24th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge