IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-03135-RPM-MJW

TIMOTHY P. FOX,

     Plaintiff,

v.

MORREALE HOTELS, LLC., a Colorado Limited Liability Company, and SKETCH
RESTAURANT, LLC d/b/a EL DIABLO, a Colorado Limited Liability Company,

     Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR TWO
ADDITIONAL WEEKS WITHIN WHICH TO RESPOND TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS TO DEFENDANTS**

_____

Upon consideration of Defendants' Unopposed Motion For Two Additional Weeks

Within Which To Respond To Plaintiff's First Set Of Discovery Requests To Defendants [32]

filed May 16, 2011, it is,

ORDERED that motion is GRANTED and Defendants have up through and including

May 30, 2011, within which to respond to Plaintiff's Second Set Of Discovery Requests To

Defendants Morreale Hotels, LLC and Sketch Restaurant, LLC."

Dated this 17th day of May, 2011.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge