IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  10-cv-03135-RPM

TIMOTHY P. FOX,

    Plaintiff,

v.

MORREALE HOTELS, LLC., a Colorado limited liability company, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO, a Colorado limited liability company,

    Defendants.

## ORDER REGARDING PLAINTIFF'S MOTION FOR REASONABLE ACCOMMODATIONS

On review of Plaintiff's Motion For Reasonable Accommodations [31] filed May 16, 2011, it is

ORDERED that Plaintiff's Motion is GRANTED.  All further proceedings in this matter will be conducted in either the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse.

Dated this 17th day of May, 2011.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge