IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-03135-RPM

TIMOTHY P. FOX,

      Plaintiff,

v.

MORREALE HOTELS, LLC., a Colorado Limited Liability Company, and SKETCH
RESTAURANT, LLC d/b/a EL DIABLO, a Colorado Limited Liability Company,

      Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED AMENDED MOTION
FOR TWO ADDITIONAL WEEKS WITHIN WHICH TO RESPOND TO PLAINTIFF'S
THIRD AND FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANTS**

_____

This matter coming before the Court on Defendants' Unopposed Amended Motion For

Two Additional Weeks Within Which To Respond To Plaintiff's Third And Fourth Set Of

Discovery Requests To Defendants, and the Court being fully advised of the premises, and for

good cause having been shown, it is

ORDERED that Defendants' Motion is GRANTED. Defendants have up through and

including July 18, 2011, within which to respond to plaintiff's Third and Fourth Set of Discovery

Requests to Defendants Morreale Hotels, LLC and Sketch Restaurant, LLC.

Dated this 7th day of July, 2011.

.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge