**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  10-cv-03135-RPM-MJW          FTR - Courtroom A-502

**Date:**  July 12, 2011                                          Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| TIMOTHY P.  FOX, | Kevin W. Williams |
|  | Andrew C. Montoya |
| Plaintiff(s), |  |
| v. |  |
| MORREALE HOTELS, LLC, | Philip L. Gordon |
| a Colorado Limited Liability Company,  and | Jack D. Patten, III |
| SKETCH RESTAURANT, LLC, |  |
| d/b/a El Diablo, a Colorado Limited Liability Company, |  |
| Defendant(s). |  |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC  STATUS  CONFERENCE**
**Court in Session:**     9:00 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.  Discussion is held as to whether or not the Motion for Partial Summary Judgment needs to be ruled on before further discovery.  Discovery is not stayed at this time.

The pending referred motions are taken under advisement.

**It is ORDERED:**     Defendants' MOTION  FOR  PROTECTIVE ORDER [Docket No. **28**, Filed May 13, 2011] is **TAKEN  UNDER  ADVISEMENT.**

**It is ORDERED**:     Plaintiff's MOTION TO COMPEL DISCOVERY RESPONSES  [Docket No. **39**, Filed June 06, 2011] is **TAKEN  UNDER  ADVISEMENT.**

**It is ORDERED:**     Plaintiff's MOTION TO AMEND SCHEDULING ORDER DEADLINES [Docket No. **41**, Filed June 06, 2011] is **TAKEN  UNDER  ADVISEMENT.**

**It is ORDERED:**     Plaintiff's MOTION FOR LEAVE TO FILE   SECOND AMENDED COMPLAINT [Docket No. **47**, Filed June 21, 2011] is **TAKEN  UNDER  ADVISEMENT.**.

**It is ORDERED:**      Defendants' MOTION TO SEAL CONFIDENTIAL DISCOVERY
MATERIAL PLACED IN THE PUBLIC COURT RECORD BY PLAINTIFF
IN DISREGARD OF THIS COURT'S CONFIDENTIALITY ORDER AND
REQUEST FOR ATTORNEYS' FEES [Docket No. **49**, Filed June 23,
2011] is **TAKEN  UNDER  ADVISEMENT.**

Hearing concluded.
**Court in recess:**    9:32 a.m.
Total In-Court Time 00:32

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.