IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-03135-RPM-MJW

TIMOTHY P. FOX,
JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION, Colorado non-profit corporation,

  Plaintiff,

v.

MORREALE HOTELS, LLC., a Colorado limited liability company, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO, a Colorado limited liability company,

  Defendants.

---

ORDER (Docket No 76)

---

IT IS HEREBY ORDERED the deadline to submit rebuttal opinions is October 6, 2011.

DATED THIS ___1st___ day of __August__, 2011

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge