# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   10-cv-03135-RPM-MJW | FTR - Courtroom A-502 |
| **Date:**   August 12, 2011 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| TIMOTHY P. FOX, | Kevin W. Williams |
| | Andrew C. Montoya |
| Plaintiff(s), | |
| v. | |
| MORREALE HOTELS, LLC,<br>a Colorado Limited Liability Company, and<br>SKETCH RESTAURANT, LLC,<br>d/b/a El Diablo, a Colorado Limited Liability Company, | Philip L. Gordon |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   8:33 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendants' Motion to Amend Scheduling Order [Docket No. 87] for argument.
Argument by Mr. Gordon.
Argument by Mr. Williams.

**It is ORDERED:**     Defendants' MOTION TO AMEND SCHEDULING ORDER [Docket No. **87**, Filed August 03, 2011] is **GRANTED** for reasons as set forth on the record.   Scheduling Order (Docket No. 20) is amended accordingly.

Docket No. 20 ¶ 6.h.(1) is amended in that each side may take each party on the other side and three (3) additional depositions excluding experts.
Docket No. 20 ¶ 6.h.(4) is amended in that defendants may serve twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions to each of the three new plaintiffs.
The three new Plaintiffs collectively may serve twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions.
Each side shall pay its own attorneys' fees and costs for this motion.

*10-cv-03135-RPM-MJW*
*Telephonic Motion Hearing*
*August 12, 2011*

Defendants make an Oral Motion to limit the number of sets of discovery and that the amendments to the scheduling order be made *nunc pro tunc* to August 03, 2011.

**It is ORDERED:**     Defendants' ORAL MOTION to limit the number of sets of discovery is **DENIED** for reasons as set forth on the record.
Defendants' ORAL MOTION that the scheduling order amendments be *nunc pro tunc* to August 03, 2011 is **DENIED** for reasons as set forth on the record.

Plaintiffs make an Oral Motion regarding the scheduled inspection of the restaurant. Discussion is held.

**It is ORDERED**:     Plaintiffs' ORAL MOTION regarding the inspection of the restaurant is **GRANTED** for reasons as set forth on the record.
The inspection shall occur Tuesday, August 16, 2011, between 5:00 a.m. and 7:00 a.m.
The inspection shall not include the kitchen or any business office.
The inspection may include the two raised dining areas, the first floor/main floor/bar area, the outside patio/dining area, and the restrooms.

Hearing concluded.
**Court in recess:**   9:28  a.m.
Total In-Court Time 00:55

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.