IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
UNITED STATES MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 10-cv-03135-RPM-MJW

TIMOTHY P. FOX,
JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION,

Plaintiffs,

v.

MORREALE HOTELS, LLC., a Colorado Limited Liability Company, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO, Colorado Limited Liability Company,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Extension of Time Pending Resolution of Plaintiff's Motion to Stay (docket no. 67) is MOOT and therefore DENIED. Magistrate Judge Watanabe denied Plaintiff's Motion to Stay (docket no. 63) back on July 20, 2011, but the referral of this motion (docket no. 67) to Magistrate Judge Watanabe by Senior Judge Matsch did not take place until August 22, 2011.  See docket no. 74 for ruling on Plaintiff's Motion to Stay (docket no. 63) and see docket no. 105 for referral of the subject motion (docket no. 67).

It is FURTHER ORDERED that Plaintiff's Motion to Modify Scheduling Order Deadlines (docket no. 103) is GRANTED finding good cause shown.  The deadline for affirmative expert witness disclosures is extended to September 12, 2011.  The deadline for contradicting expert witness disclosures is extended to September 26, 2011.  The deadline for rebuttal expert witness disclosures is extended to October 10, 2011. The Rule 16 Scheduling Order entered in this case is amended consistent with this minute order.

It is FURTHER ORDERED that Defendants shall have up to and including August 29, 2011, to file an response to Plaintiffs' Motion to Compel and Request for Expedited Hearing (docket no. 102).

Date:  August 23, 2011