IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03135-RPM

TIMOTHY FOX,

    Plaintiff,

v.

MORREALE HOTELS, LLC, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO,

    Defendants.
_____

## ORDER ACCEPTING SURREPLY
_____

On August 3, 2011, plaintiffs filed a pleading designated Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendants' Cross Motion for Partial Summary Judgment. It is

ORDERED that the pleading is accepted as a surreply.

DATED: October 5th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge