IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-03135-RPM-MJW

TIMOTHY P. FOX,
JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION, Colorado non-profit corporation,

      Plaintiffs,

v.

MORREALE HOTELS, LLC., a Colorado limited liability company, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO, a Colorado limited liability company,

      Defendants.

## PLAINTIFFS' MOTION FOR ENTRY OF PERMANENT INJUNCTION

Plaintiffs, by and through undersigned counsel, hereby submit their Motion for Entry of Permanent Injunction. As grounds for this motion, Plaintiffs state the following:

### CERTIFICATE OF COMPLIANCE WITH D.C.COLOLCivR 7.1(A)

Undersigned counsel hereby certifies that he conferred with counsel for Defendants. Defendants oppose this motion.

    1.    On November 9, 2011, this Court granted Plaintiffs' Motion for Partial Summary Judgement and denied Defendants' Cross Motion for Partial Summary Judgement. *See* Order on Cross Motions for Partial Summary Judgment (Doc. #132) ("Order"). The Order holds "the alterations made to the El Diablo Restaurant space created a new barrier to wheelchairs" in violation of 42 U.S.C. § 12183(a).

2. The alterations referenced are elevated dining areas on the north and south sides of the restaurant that are accessible only by one step, and, therefore, are not accessible to customers who use wheelchairs. *See* Order at 1.

3. Under Title III of the ADA, injunctive relief is available to aggrieved Plaintiffs, and is, in fact, the only relief available under that federal statute. *See* 42 U.S.C. § 12188(a)(2); *Nozlic v. Romano*, No. 11-cv-02317-BNB, 2011 WL 5119374, at *3 (D. Colo. Oct. 28, 2011); *Antoninetti v. Chipotle Mexican Grill, Inc.*, 643 F.3d 1165, 1174 (9th Cir. 2010), *cert. denied*, 131 S.Ct. 2113 (2011).[1]

4. Pursuant to Title III of the ADA, "[i]n the case of violations of . . . section 12183(a) of this title, injunctive relief shall include an order to alter facilities to make such facilities readily accessible to and usable by individuals with disabilities to the extent required by this subchapter." 42 U.S.C. § 12188(a)(2).

5. "The standard requirements for equitable relief need not be satisfied when an injunction is sought to prevent the violation of a federal statute which specifically provides for injunctive relief." *Antoninetti*, 643 F.3d at 1175; " *Silver Sage Partners, Ltd. v. City of Desert Hot Springs*, 251 F.3d 814, 827 (9th Cir. 2001) (*quoting Burlington N. R.R. Co. v. Dep't of Revenue*, 934 F.2d 1064, 1074 (9th Cir. 1991)). The granting of an injunction for violations of a statute that specifically provides for injunctive relief requires no further balancing of equities.

---

[1] Plaintiffs had raised a damages claim under Colorado law, Colo. Rev. Stat. § 24-34-601. Plaintiffs voluntarily dismissed that claim for the reasons provided in that pleading. [Doc. #97, Notice of Voluntary Dismissal of Second Claim for Relief Pursuant to F. R.C.P. 41(a)(1)(A)(i), filed Aug. 11, 2011].

*Antoninetti*, 643 F.3d at 1175-76; *United States v. Olsen*, No. 93-M-1012, 1997 WL 718469, at *4 (D. Colo. July 15, 1997) *aff'd*, 133 F.3d 933 (10th Cir. 1998) (issuing injunction based on statute specifically enjoining conduct in violation of statute).

6. Filed contemporaneously with this motion is the parties' Stipulated Dismissal of Claims Pursuant to F.R.C.P. 41(a)(1)(A)(ii).

WHEREFORE, Plaintiffs respectfully request this Court grant this motion and issue the requested injunction.

Dated: November 18, 2011       Respectfully submitted,

 */s/ Kevin W. Williams*
Kevin W. Williams
Andrew C. Montoya
Colorado Cross-Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203
Telephone: (303) 839-1775
Facsimile: (303) 839-1782
E-mail: kwilliams@ccdconline.org
E-mail: amontoya@ccdconline.org

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service to the following:

>Philip L. Gordon
>Jack D. Patten
>LITTLER MENDELSON
>1200 17th Street
>Suite 1000
>Denver, CO 80202.5835
>pgordon@littler.com
>jpatten@littler.com

>>*/s/ Briana McCarten*
>>Briana McCarten
>>Legal Program Assistant