IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03135-RPM

TIMOTHY FOX,

    Plaintiff,
v.

MORREALE HOTELS, LLC, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO,

    Defendants.
_____

ORDER SETTING TIME FOR FILING OF OBJECTIONS TO DEFENDANTS' REMEDIAL PLAN
_____

    The Defendants' Remedial Plan, filed May 23, 2012, submitted in response to this Court's Order Granting Injunctive Relief, entered March 5, 2012, and the Order Extending Time to Submit Remedial Plan, entered April 20, 2012, provides for an expansion of restaurant facilities accessible to those with mobility limitations requiring the use of a wheelchair as an alternative to removal of or alterations to the elevated areas that are the subject of this lawsuit. It is now

    ORDERED that any objections the plaintiffs may have to the filed Remedial Plan must be filed on or before June 20, 2012.

    DATED: May 24th, 2012

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge