IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03135-RPM

TIMOTHY FOX,

      Plaintiff,
v.

MORREALE HOTELS, LLC, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO,

      Defendants.
_____

ORDER DEFERRING INJUNCTIVE RELIEF
_____

On March 5, 2012, this Court entered an order granting plaintiffs' motion for injunctive relief and directing the filing of a remedial plan for removing the barrier to wheelchair access to be filed on or before April 23, 2012. That deadline was extended by an order entered April 20, 2012, and on May 23, 2012, the defendants submitted their remedial plan. The plaintiffs filed their objections to that remedial plan on June 19, 2012, and the defendants filed their reply on June 26, 2012. On July 13, 2012, the defendants filed a notice of closing of the El Diablo Restaurant by the City and County of Denver and submitted information regarding the actions of the City and County of Denver with respect to the building in which the subject restaurant is located. In response the plaintiffs ask that the injunction should issue because the closure order presented a golden opportunity to make renovations and the plaintiffs supplemented their response on July 31, 2012.

On August 3, 2012, the defendants filed their reply to the plaintiffs' response and supplemental response, providing information regarding the effect of the closure order, the vacation of that order and the current status of the building with the requirements imposed by the City for remedial action to be taken within the next 60 days. It is apparent that the

intervening actions of the City and County of Denver substantially affect the defendants' ability to comply with this Court's order of injunction and it is therefore

ORDERED that no specific injunctive relief will be ordered at this time and the defendants shall submit their new remedial plan on or before October 8, 2012.

DATED:   August 3rd, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge