IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03135-RPM

TIMOTHY FOX,
JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION,

  Plaintiff,
v.

MORREALE HOTELS, LLC, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO,

  Defendants.
_____

## ORDER FOR STATUS REPORT
_____

  On December 30, 2015, the Tenth Circuit Court of Appeals issued an order and mandate dismissing the appeal.  It is now

  ORDERED that counsel shall file a status report with this court on or before January 8, 2016.

  DATED: December 31st, 2015

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge