IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-03135-RPM-MJW

TIMOTHY P. FOX,
JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION, Colorado Non-profit Corporation,

      Plaintiffs,

v.

MORREALE HOTELS, LLC, a Colorado Limited Liability Company, and
SKETCH RESTAURANT, LLC d/b/a EL DIABLO, a Colorado Limited Liability Company,

      Defendants.

_____

## ORDER RE: PLAINTIFFS' MOTION TO DISMISS
_____

Upon review of Plaintiffs' Motion to Dismiss [Doc. 177], it is

ORDERED that Plaintiffs' Motion to Dismiss is GRANTED and

IT IS FURTHER ORDERED that all claims in this case are hereby dismissed, each party to

bear its own costs and fees.

DATED this 11th day of January, 2016.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge
                United States District Court